# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
### KNOXVILLE – COURTROOM 3B

**Case #:** TE41 8130568-73          **Date:** October 6, 2020

United States of America   **vs.**   Michael A. Glass

**Present before:** Honorable Debra C. Poplin, United States Magistrate Judge

| Rachel Stone | DCR | |
|---|---|---|
| **Deputy Clerk** | **Court Reporter** | **Probation Officer** |

| LaToyia Carpenter | Nakeisha Jackson | |
|---|---|---|
| **Asst. U.S. Atty** | **Attorney(s) for Defendant(s)** | **Attorney(s) for Defendant(s) Contd.** |

**Proceedings:** Parties present for an initial appearance on a criminal complaint.

- [✓] Defendant sworn.
- [✓] Defendant requested appointment of counsel and submitted financial affidavit.
- [✓] Court approved financial affidavit and appointed counsel
- [ ] Defendant present with retained counsel.
- [✓] Government requested detention of the defendant:
    - [✓] Defendant waived and reserved the right to a detention hearing.
    - [ ] Defendant requested detention hearing.
        - [ ] Detention hearing set.   [ ] Detention hearing held.
- [ ] Parties agreed to conditions on which the defendant could be released.
- [ ] Defendant requested a preliminary hearing
    - [ ] Preliminary hearing held.   [ ] Preliminary hearing set.
- [ ] Defendant waived and reserved right to a preliminary hearing.
- [ ] Case under seal as to defendant(s):
    - [ ] Unsealed upon granting of motion by AUSA.   [ ] To remain under seal.

**Dates set at this hearing:**

- [ ] **Detention Hearing:**
- [ ] **Preliminary Hearing:**
- [ ] **Arraignment Hearing:**
- [✓] **Other Hearing:** This matter was reset for next part docket (October 19, 2020)

- [✓] Defendant remanded to custody.   [ ] Defendant released on Order Setting Conditions of Release.

**Time:** 10:55          11:10

(●) I, Rachel Stone, Deputy Clerk, CERTIFY the official record of this proceeding is an audio file. Knox-DCR_ TE41813056 _ 2021006 _ 103826