UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. TE41 8130568-73 |
| | ) | |
| MICHAEL GLASS, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER OF DETENTION PENDING FURTHER PROCEEDINGS

The above-named defendant appeared in custody before the undersigned on October 6, 2020 for an initial appearance on petty offense violations. United States Attorney LaToyia Carpenter was present for the government and Federal Defender Nakesha Jackson was present on behalf of the defendant. The government moved for detention pursuant to 18 U.S.C. § 3142(e).

Counsel for the defendant announced that the defendant would waive the detention hearing, while reserving the right to move for a detention hearing at a later date. The defendant executed the appropriate Waiver of Detention Hearing.

Accordingly, the defendant is committed to the custody of the Attorney General or his/her designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the

government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

**IT IS SO ORDERED.**

<u>s/Debra C. Poplin</u>
UNITED STATES MAGISTRATE JUDGE